UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.C., individually and on behalf on behalf on her minor child, N.C.,

                      Plaintiffs,

                  v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.

No. 25-CV-7934 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 8, 2025, the parties requested that the briefing schedule be "held in abeyance" to allow for settlement discussions. On January 14, 2026, Defendant filed an Answer. No later than January 29, 2026, the parties shall submit a joint letter proposing a briefing schedule. The parties shall also inform the Court whether they seek referral to Magistrate Judge Moses for settlement discussions.

SO ORDERED.

Dated:    January 16, 2026
           New York, New York

                                Ronnie Abrams
                                United States District Judge